IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBBIE M. STAFFORD,

    Plaintiff,

v.

Case No.: 3:21-cv-180-BBC

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Acting Commissioner's decision with a remand of the cause to the Acting Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will: offer Plaintiff the opportunity for a new hearing; re-evaluate the medical opinion evidence and reassess the RFC as appropriate; proceed through the sequential disability evaluation process as appropriate; and issue a new decision. If warranted, the ALJ will obtain supplemental vocational expert testimony.

SO ORDERED this 24TH day of Nov, 2021.

/s/ Barbara B. Crabb
Honorable Barbara B. Crabb
United States District Court Judge